UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HENRY MAXWELL EVANS, | Case No. 17-cv-02645-DMR |
|---|---|
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| PRESTON GILMORE, et al., | |
| Defendants. | Re: Dkt. No. 1 |

On May 8, 2017, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Maria Elena James to determine whether it is related to *Evans et al. v. Gilmore et al.*, 03-00643 MEJ, and *Evans et al. v. Gilmore et al.*, 15-1772-MEJ.

**IT IS SO ORDERED.**

Dated: June 26, 2017

Donna M. Ryu
United States Magistrate Judge