UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MAXWELL EVANS, <br> Plaintiff, <br> v. <br> PRESTON GILMORE, et al., <br> Defendants. | Case No. 17-cv-02645-MEJ <br><br> **ORDER TO SHOW CAUSE** |

The Court ordered Plaintiff Henry Maxwell Evans II to file a status report no later than October 19, 2017 indicating whether Plaintiff has served Defendants and intends to prosecute this action. Dkt. No. 13. As of the date of this Order, Plaintiff has not filed a status report.

Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 6, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 16, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge